# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **ROBERT ORTIZ and DAUVONIQUE TISBY,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**MASTERCRAFTFC, LLC, and MASTERCRAFT FLOOR COVERING, INC.,**<br><br>    **Defendants.** | CASE NO.: _____ |

## DEFENDANTS' NOTICE OF REMOVAL[1]

Defendants MastercraftFC LLC and Mastercraft Floor Covering, Inc. (together "Defendants") file this Notice of Removal as follows:

### I.   INTRODUCTION

Plaintiffs Robert Ortiz and Dauvonique Tisby ("Plaintiffs") filed suit in the Circuit Court for the Seventh Judicial District in and for Flagler County, Florida, Case No. 2019-CA-000166, styled *Robert Ortiz* and *Dauvonique Tisby v. MastercraftFC, LLC, a Florida Limited Liability Company,* and *Mastercraft Floor Covering, Inc., a Foreign Profit Corporation* (the "State Lawsuit"), asserting a single claim for unpaid overtime compensation under 29 U.S.C. § 207 of the Fair Labor Standards Act ("FLSA") *See* Compl. at pp. 4-5.

### II.   GROUNDS FOR REMOVAL

    A.   **Federal Question Jurisdiction**

---

[1] By filing this Notice of Removal, Defendants do not waive and hereby expressly reserve the right to assert any defense or motion available, including but not limited to, motions and defenses based on lack of personal jurisdiction or to transfer venue.

1

This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff has raised a federal question by asserting a claim for unpaid overtime compensation under the FLSA. Because Plaintiffs' claim must be resolved pursuant to federal statutes, a federal question is raised, which confers original jurisdiction upon this Court. 28 U.S.C. § 1331. Consequently, Defendants are entitled to remove this case from state court. 28 U.S.C. § 1441(a).

**B.     Timeliness of Removal**

Defendants were served on March 21, 2019. Thus, this Notice of Removal is timely filed within thirty (30) days of service. 28 U.S.C. § 1446(b)(1).

**C.     State Court Filings**

In accordance with 28 U.S.C. § 1446(a) and Local Rule 4.02, a copy of all process, pleadings, orders, and other papers or exhibits of every kind in the State Lawsuit is attached hereto.

### III.     VENUE AND NOTICES

Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the location where the State Lawsuit is pending. Promptly after filing the Notice of Removal, written notice will be given to Plaintiff and to the Clerk of Court for the Circuit Court for the Seventh Judicial District in and for Flagler County, Florida, as required by 28 U.S.C. § 1446(d).

### IV.     PRAYER

WHEREFORE, Defendants pray that this Court assume full jurisdiction of this case in accordance 28 U.S.C. § 1331 and that further proceedings in the Circuit Court of Flagler County, Florida be stayed, and for such other and further relief to which they may be justly entitled.

Dated: April 10, 2019	Respectfully submitted,

    */s/ Amy R. Turci*
Amy R. Turci (FL Bar No. 349630)
**FORDHARRISON**
225 Water Street, Suite 710
Jacksonville, FL 32202
Telephone: 904-357-2004
Facsimile: 904-357-2001
Email: ATurci@fordharrison.com

Chang (Alice) Yu\* (NC Bar No. 53720)
**KILPATRICK TOWNSEND & STOCKTON LLP**
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: 919 420 1816
Facsimile: 919 510 6108
Email: AYu@kilpatricktownsend.com

*Pro hac vice motion forthcoming*

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have served upon Plaintiffs by mailing, postage prepaid, first class mail, a copy of such document as shown below:

> Noah Storch, Esq.
> Richard Cellar Legal, P.A.
> 10368 W. State Road 84, Ste. 103
> Davie, Florida 33324

                                                                                             */s/ Amy R. Turci*