# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ROBERT ORTIZ and DAUVONIQUE TISBY,

    Plaintiffs,

v.

Case No. 3:19-cv-411-J-32JBT

MASTERCRAFTFC, LLC, a Florida Limited Liability Company and MASTERCRAFT FLOOR COVERING, INC., a foreign profit corporation,

    Defendants.

## **O R D E R**

This case is before the Court on the Joint Motion Requesting Order Approving Settlement Agreement and to Dismiss Lawsuit With Prejudice (Doc. 11) and the Joint Supplemental Memorandum (Doc. 13). On June 26, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 14) recommending that the motion (Doc. 11) be granted; the Settlement Agreements and FLSA Releases (Doc. 11 at 6-20) be approved; this action be dismissed with prejudice; and the Clerk of Court be directed to terminate any pending motions and close the file. On June 28, 2019, the parties filed a Joint Notice of Non Objection to Report and Recommendation. (Doc. 15).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 14), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 14) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion Requesting Order Approving Settlement Agreement and to Dismiss Lawsuit With Prejudice (Doc. 11) is **GRANTED**.

3. The Settlement Agreements and FLSA Releases (Doc. 11 at 6-20) are approved.

4. This action is **dismissed with prejudice.**

5. The Clerk shall terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 8th day of July, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record